USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  April 13,, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DONNA HEADGES,**

                      **Plaintiff,**

         -against-

**MARIBEL'S SWEETS, INC.**

                      **Defendant.**

**21-cv-977 (ALC) (GWG)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    April 13, 2021
              New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**